IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| INES S. ZOHNI,<br>               Plaintiff,<br><br>v.<br><br>THE SCHOOL DISTRICT OF<br>PHILADELPHIA, and<br>SHAUNEILLE TAYLOR,<br>               Defendants. | CIVIL ACTION<br><br><br><br>NO. 18-5644 |

**O R D E R**

**AND NOW**, this 25th day of June, 2019, upon consideration of Defendants' Partial Motion to Dismiss Plaintiff's Complaint (Document No. 5, filed April 8, 2019), and Plaintiff's Response to Defendants' Partial motion to Dismiss the Complaint (Document No. 6, filed April 22, 2019), after a telephone conference with the parties on June 20, 2019, for the reasons set forth in the attached Memorandum dated June 25, 2019, **IT IS ORDERED** that Defendants' Partial Motion to Dismiss Plaintiff's Complaint is **DENIED WITHOUT PREJUDICE** to defendants' right to raise these arguments again after discovery has been completed, by motion for summary judgment or at trial.

                                                  **BY THE COURT:**

                                                  /s/ Hon. Jan E. DuBois

                                                    DuBOIS, JAN E., J.