IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| INES S. ZOHNI,<br>    Plaintiff,<br><br>v.<br><br>THE SCHOOL DISTRICT OF<br>PHILADELPHIA, and<br>SHAUNEILLE TAYLOR,<br>    Defendants. | CIVIL ACTION<br><br><br><br>NO. 18-5644 |

# O R D E R

**AND NOW**, this 13th day of November, 2020, upon consideration of the Motion for Summary Judgment filed by defendants, the School District of Philadelphia and Shauneille Taylor (Document No. 15, filed February 7, 2020), plaintiff having failed to respond to defendants' Motion, for the reasons stated in the accompanying Memorandum dated November 13, 2020, **IT IS ORDERED** that defendants' Motion for Summary Judgment is **GRANTED**. **JUDGMENT IS ENTERED** in **FAVOR** of defendants, the School District of Philadelphia and Shauneille Taylor, and **AGAINST** plaintiff, Ines S. Zohni.

**IT IS FURTHER ORDERED** that the Clerk of Court shall **MARK** the case **CLOSED**.

BY THE COURT:

/s/ Hon. Jan E. DuBois
_____
DuBOIS, JAN E., J.